[Cite as *02/23/2004 Case Announcements,* 2004-Ohio-790.]

# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS
## *February 23, 2004*

### DISCIPLINARY CASES

**2004–0106.   Ohio State Bar Assn. v. Stern.**
On January 28, 2004, respondent filed a motion requesting expenses and attorney fees. Relator filed a brief in opposition to respondent's request on February 9, 2004. On February 13, 2004, respondent filed a motion for leave to file a reply to relator's opposition to respondent's request for attorney fees and expenses. Whereas S.Ct.Prac.R. XIV(4)(B) prohibits filing a reply to a memorandum opposing a motion,

IT IS ORDERED by the court that respondent's motion for leave to file a reply to relator's opposition to respondent's request for expenses and attorney fees be, and hereby is, denied.

[Cite as *02/24/2004 Case Announcements,* 2004-Ohio-814.]

# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS
## *February 24, 2004*

### MOTION AND PROCEDURAL RULINGS

**2003–1048 and 2003–1049.   State v. White.**
Guernsey App. No. 02CA23, 2003-Ohio-2289. This cause is pending before the court as a discretionary appeal and claimed appeal of right. Upon consideration of appellee's motion to participate in and/or be present at oral argument,

IT IS ORDERED by the court that the motion to participate in oral argument be, and hereby is, denied.

IT IS FURTHER ORDERED by the court that the motion to be present at oral argument be, and hereby is, granted.

**2003–1903.   State v. Cline.**
Champaign App. No. 2002–CA–05, 2003-Ohio-4712. This cause is pending before the court on the certification of a conflict from the Court of Appeals for Champaign County. Upon consideration of appellant's motion for stay of execution of mandate of judgment of court of appeals,

IT IS ORDERED by the court that the motion for stay be, and hereby is, granted.

PFEIFER, J., dissents.

**2004–0188.   In re Estate of Svetichan.**
Mahoning App. No. 02CA246, 155 Ohio App.3d 566, 2003-Ohio-7044, 802 N.E.2d 180. This cause is pending before the court as a discretionary appeal and claimed appeal of right. Upon consideration of appellant's motion for stay of the court of appeals' judgment,

IT IS ORDERED by the court that the motion for stay be, and hereby is, granted.

RESNICK, PFEIFER and O'CONNOR, JJ., dissent.

**2004–0303.   State v. Girard.**
Medina App. No. 02CA057–M, 2003-Ohio-7178. This cause is pending before the court as a discretionary appeal and claimed appeal of right. Upon consideration of appellant's motion for stay of the court of appeals' judgment,

IT IS ORDERED by the court that the motion for stay of the court of appeals' judgment be, and hereby is, denied.